IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00661-EWN-KLM

UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, INTERNATIONAL UNION,

    Plaintiff,

v.

RONALD SMITH,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Reschedule Scheduling/Planning Conference and Motion for Stay of Scheduling Order** [Docket No. 20; Filed August 15, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** for Defendant's failure to comply with D.C. Colo. L. Civ. R. 7.1(A). Defendant has been previously notified that motions which do not contain an adequate certification of conferral, including the nonmoving party's position about the relief sought, will be summarily denied [Docket No. 10]. In other words, Defendant must confer with counsel for Plaintiff about his position on this motion, and report that position on the face of the motion. Once he has done so, he may refile the motion. Although proceeding *pro se*, Defendant is a litigant in a federal lawsuit, and he must comply with the Federal and Local Civil Rules. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) (holding that *pro se* parties "nevertheless must follow the same rules of procedure that govern other litigants").

Dated: August 18, 2008