IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00661-EWN-KLM

UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, INTERNATIONAL UNION,

    Plaintiff,

v.

RONALD SMITH,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Stay and/or Place Case in Abeyance for 60 Days** [Docket No. 23; Filed September 5, 2008] (the "Motion"). Although Defendant's position on the present Motion is not known, Defendant has previously requested a stay of the case to accommodate his recovery from back surgery [Docket No. 20].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court agrees that a sixty-day stay of the case is appropriate and **vacates** the case deadlines and hearings set forth in the Scheduling Order [Docket No. 13].

    IT IS FURTHER **ORDERED** that a telephonic status conference is set for November 10, 2008 at 8:30 a.m. to address the status of the case and to reset case deadlines and hearings, if appropriate. On the date and time set for the hearing, the parties shall conference together and contact the Court at **(303) 335-2770** on a single line to participate.

Dated: September 8, 2008