IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00661-EWN-KLM

UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, INTERNATIONAL
UNION,

      Plaintiff,

v.

RONALD SMITH,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Motion to Reconsider Motion to Stay Scheduling/Planning Order for 60-90 Days** [Docket No. 27; Filed September 12, 2008] (the "Motion").  The Court denied Defendant's earlier motion seeking a temporary stay of the case due to Defendant's failure to comply with D.C. Colo. L. Civ. R. 7.1(A) [Docket No. 22].  Since that time, Plaintiff made a similar motion seeking a temporary stay [Docket No. 23], which the Court granted [Docket No. 25].  The case has been stayed for a period of sixty days.  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.  The parties are reminded of their obligation to participate in a telephonic status conference on November 10, 2008 at 8:30 a.m. as set forth in my prior Order [Docket No. 25].

Dated:  September 16, 2008